### APPEALS ACCEPTED FOR REVIEW

**2003–0567. State v. Finger.**
Cuyahoga App. No. 80691, 2003-Ohio-402. Discretionary appeal allowed; cause to be argued on the same date as the argument in 2002–1888, *State v. Jordan,* Cuyahoga App. No. 80675, 2002-Ohio-4587.
    RESNICK and F.E. SWEENEY, JJ., dissent.
    O'DONNELL, J., not participating.
    Discretionary cross-appeal allowed.

RESNICK, F.E. SWEENEY and O'CONNOR, JJ., dissent.

PEGGY BRYANT, J., of the Tenth Appellate District, sitting for O'DONNELL, J.